In the Matter of GENERAL MOTORS CORPORATION, GM ASSEMBLY DIVISION, Petitioner, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents. (And Three Other Proceedings.) —

Rabin, Hopkins, Munder and Martuscello, JJ., concur; Christ, P. J., not voting.